| | |
|---|---|
| 1 | David P. Matthews |
|   | TX No. 13206200 |
| 2 | Jason C. Webster |
|   | TX No. 24033318 |
| 3 | **MATTHEWS & ASSOCIATES** |
|   | 2905 Sackett St. |
| 4 | Houston, TX 77098 |
|   | (713) 522-5250 |
| 5 | (713) 535-7184 facsimile |
|   | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 07-1873 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Ruby L. Thompson, et al.,<br>　　　　　　　Plaintiffs,<br>　　　vs.<br>Pfizer Inc., et al.<br>　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, Herman Brown, Individually and on behalf of the Estate of Eddie Brown, William Davies, Individually and on behalf of the Estate of Leona Davies, Sharon Williams, Individually and on behalf of the Estate of Anna Dial, Barbara Dunning, Individually and on behalf of the Estate of James Dunning, Diana Sprouse, Individually and on behalf of the Estate of Mary Eckelberger, Daphne Fite, Ruby Thompson, Individually and on behalf of the Estate of Rhonda Millican, Jimmie Peck, Individually and on behalf of the Estate of Connie Peck, Catherine Sawyer, Individually and on behalf of the Estate of Truman Sawyer, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil

-1-

Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: Jan. 12, 2010    MATTHEWS & ASSOCIATES

By: _____
David P. Matthews
*Attorneys for Plaintiffs*

DATED: Jan. 12, 2010    DLA PIPER LLP (US)

By: _____
Michelle W. Sadowsky
*Attorneys for Defendants*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB 17 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE