1 | David P. Matthews
TX No. 13206200
2 | Jason C. Webster
TX No. 24033318
3 | Matthews & Associates
2905 Sackett St.
4 | Houston, TX 77098
(713) 522-5250
5 | (713) 535-7184 facsimile
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. C 07 1873 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Ruby L. Thompson, et al., <br><br>　　　　　　　　Plaintiffs, <br><br>　　vs. <br><br>Pfizer Inc., et al. <br>　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiffs, GERRY BRUCE, Jr., Individually and on behalf of the Estate of GERRY BRUCE, Sr., deceased, BERNARD TUCKER Individually and on behalf of the Estate of MARJORIE F. TUCKER, deceased and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

```
 1   DATED: Oct. 30, 2009          MATTHEWS & ASSOCIATES
 2
                                   By: _____
 3                                     David P. Matthews
                                       Attorneys for Plaintiffs
 4
 5   DATED: February 4, 2010       DLA PIPER LLP (US)
 6
                                   By: _____
 7                                     Michelle W. Sadowsky
                                       Attorneys for Defendants
 8
 9
         PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION,
10       IT IS SO ORDERED.
11
         Dated: April 5, 2010      _____
12                                     Hon. Charles R. Breyer
13                                     United States District Court
```
-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE